## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Egheosa Joann Phillips, | ) | Case No.: 18-68552-PMB |
| Debtor. | ) | |

### VOLUNTARY DISMISSAL UNDER SECTION 1307(b)

Now comes Debtor, Egheosa Joann Phillips, by and through Debtor's attorney, and states as follows:

Under Section 1307(b) of the Bankruptcy Code, Debtor is entitled to have this Chapter 13 case dismissed at any time, and Debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, Debtor, pursuant to the Rule 1017(d) of the Rules of Bankruptcy Procedure, moves this Honorable Court to enter an order dismissing this case and closing the estate as soon as practicable.

<u>January 14, 2019</u>                                    /s/Turkessa S. Manigo
Date                                                                Turkessa S Manigo, Attorney for Debtor

                                                                        GA Bar No: 435105
                                                                        3400 Chapel Hill Rd., Ste. 100
                                                                        Douglasville, GA 30135
                                                                        (678) 741-5326
                                                                        tmanigo@comcast.net

I hereby certify that I am voluntarily dismissing my Chapter 13 Bankruptcy Case. I understand that if a Motion for Relief from Stay of any sort has been filed in my case, I will not be able to file another Chapter 13 or Chapter 7 bankruptcy case for 180 days from the date of the Dismissal Order that lists debts involved in the Motion for Relief of Stay and probably not under any circumstances. Any liens avoided will be reinstated. Interest on unsecured debts will be reinstated for period in bankruptcy.

<u>January 14, 2019</u>                                    /s/Egheosa Joann Phillips
Date                                                                Egheosa Joann Phillips

## CERTIFICATE OF SERVICE

I, hereby certify that I am more than 18 years of age and that I have this day served a copy of the foregoing Motion To Dismiss electronically via ECF to the Chapter 13 Trustee, Melissa J. Davey, and also served upon the following via U.S. Postal Service, postage pre-paid

Egheosa Joann Phillips
4255 Apple Circle
Conley, GA 30288

Dated: January 14, 2019

Respectfully submitted,

/s/Turkessa S. Manigo
Turkessa S. Manigo, Bar No.: 435105
Law Office of Turkessa S. Manigo
Suite 100, PMB 13
3400 Chapel Hill Road
Douglasville, GA 30135
(678) 741-5326
tmanigo@comcast.net
Attorney for Debtor