UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

| | |
|---|---|
| In Debtor(s)<br>Re: **Egheosa Joann Phillips**<br>4255 Apple Circle<br>Conley, GA 30288<br><br>**xxx–xx–0121** | Case No.: **18–68552–pmb**<br>Chapter: **13**<br>Judge: **Paul Baisier** |

## ORDER OF DISMISSAL

The Debtor(s) has filed a request for dismissal pursuant to 11 U.S.C. Section 1307(b). Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

*Paul Baisier*

---

Paul Baisier
United States Bankruptcy Judge

Dated:  January 15, 2019

Form 164